[No. 11002–1–I.   Division One.   February 14, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW
C. FLAJOLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–04055–3, Jack Richey, J. Pro Tem.,
entered November 20, 1981. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Durham, A.C.J., and
Scholfield, J.

[No. 10948–1–I.   Division One.   February 14, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CECIL
COGMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–02355–6, Jim Bates, J., entered
November 10, 1981. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Durham, A.C.J., and Schol-
field, J.

[No. 11580–4–I.   Division One.   February 14, 1983.]

LANIER BUSINESS PRODUCTS, INC., *Respondent,* v.
JULIUS KANE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for What-
com County, No. 81–2–00421–7, Byron L. Swedberg, J.,
entered March 12, 1982. *Affirmed* by unpublished per
curiam opinion.